# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN D. PORTER, A/K/A JUG CAPRI PORTER,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 73493

**FILED**

SEP 2 2 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to dismiss counsel. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Elissa F. Cadish, District Judge
     Justin D. Porter
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk
     Clark County Public Defender

SUPREME COURT
OF
NEVADA

(O) 1947A

17-32141